UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Widmeyer, Tammy Jean | Docket No. | 2:18-CR-00071-WFN-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Supervision

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tammy Jean Widmeyer, who was placed under pretrial supervision by the Honorable U.S. Magistrate Court Judge John T. Rodgers in the Court at Spokane, Washington, on the 5th day of May 2018, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Additional Condition of Release #24:** Substance Abuse Evaluation: Defendant shall participate in a substance abuse evaluation and shall complete any recommended follow-up treatment as directed by pretrial services.

**Additional Condition of Release #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by failing to provide a urine sample as directed by United States Probation Officer (USPO) Lacy on the following dates: May 15, and 16, June 22, and July 9, 2018.

Violation #2: The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by leaving the probation office and failing to return to the office as directed by USPO Lacy to submit a urine sample on July 20, 2018.

Violation #3: The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by failing to obtain a chemical dependency assessment and or enter into treatment as directed by USPO Lacy by July 12, 2018.

REQUESTING A SUMMONS BE ORDERED AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: August 1, 2018 |
| by | s/Linda Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

Widmeyer, Tammy Jean
August 1, 2018
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

8/1/2018

Date